UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| TERRY CREW, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: |
| INSPIRED PERSPECTIVES, LLC and AMY B. COHEN | ) |
| Defendants. | ) |

### DEFENDANTS' NOTICE OF AND PETITION FOR REMOVAL

Pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1446, Defendants, INSPIRED PERSPECTIVES, LLC ("IP") and AMY B. COHEN ("Cohen") (collectively "Defendants"), through their undersigned counsel, hereby request that this Court remove this action from the Circuit Court of the Fourth Judicial Circuit, in and for Duval County, Florida, to the United States District Court for the Middle District of Florida, Jacksonville Division, and state as follows:

1. Plaintiff, TERRY CREW ("Plaintiff"), a former employee of IP, brought this action in State Court in the Circuit Court of the Fourth Judicial Circuit, in and for Duval County, Florida, Case No. 16-2019-CA-001378-XXXX-MA (the "Circuit Court Case"), alleging violations of the federal Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA").

2. Defendants were served with Plaintiff's Complaint and Demand for Jury Trial on March 6, 2019. *See* **Exhibit "A."**

3. This action is within original federal question jurisdiction of the United States District Court, pursuant to 29 U.S.C. § 1331, as Plaintiff's Complaint and Demand for Jury Trial contains only two Counts under the FLSA.

4. The United States District Court for the Middle District of Florida, Jacksonville Division, includes the judicial circuit in which Plaintiff filed his Complaint and Demand for Jury Trial. Thus, removal is proper to this Court pursuant to 28 U.S.C. § 1446(a).

5. This Notice of and Petition for Removal has been filed within 30 days of the receipt by Defendants on March 6, 2019 of service of the Complaint and Demand for Jury Trial in the Circuit Court Case. Thus, this Notice of and Petition for Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

6. Copies of all processes, pleadings, orders and other papers or exhibits of every kind currently on file within the Circuit Court Case are attached to this Notice of and Petition for Removal as composite **Exhibit "B"** as required by 28 U.S.C. § 1446(a).

7. Pursuant to 28 U.S.C. § 1446(d), Defendants have provided the Notice of and Petition for Removal to Plaintiff and have filed a copy of this Notice of and Petition for Removal in the Circuit Court of the Fourth Judicial Circuit, in and for Duval County, Florida.

WHEREFORE, Defendants, INSPIRED PERSPECTIVES, LLC and AMY B. COHEN, respectfully request that the United States District Court for the Middle District of Florida, Jacksonville Division, accept the removal of this action and direct that the Circuit Court of the Fourth Judicial Circuit, in and for Duval County, Florida, have no further jurisdiction of this action unless and until this case is remanded.

DATED this 5th day of April 2019.

Respectfully submitted,

By: /s/*Lindsay D. Swiger*
Richard N. Margulies
Florida Bar No. 0607487
Richard.Margulies@jacksonlewis.com
Lindsay D. Swiger
Florida Bar No. 0045783
Lindsay.Swiger@jacksonlewis.com
JacksonvilleDocketing@jacksonlewis.com
JACKSON LEWIS P.C.
501 Riverside Avenue, Suite 902
Jacksonville, Florida 32202
Telephone: (904) 638-2655
Facsimile: (904) 638-2656

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of April 2019, the foregoing has been filed via CM/ECF and served via U.S. Mail and electronic mail to the following:

Paul Shorstein, Esq.
Shorstein & Lasnetski
6550 St. Augustine Road, Suite 303
Jacksonville, FL 32217
(904) 642-3332 Telephone
(904) 685-4580 Facsimile
Paul@jaxtriallaw.com

*Attorneys for Plaintiff*

/s/*Lindsay D. Swiger*
Attorney

4825-0509-9663, v. 1